UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| EDNA BRIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 4:17-CV-47-TAV-SKL |
| | ) |
| LIBERTY MUTUAL and | ) |
| VERONDA M. RUBRIGHT, | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

For the reasons explained in the memorandum opinion filed contemporaneously with this order, the Court **ORDERS** that defendant Liberty Mutual's motion to dismiss [Doc. 9] is **GRANTED**, plaintiff's complaint [Doc. 1] is **DISMISSED WITHOUT PREJUDICE**, and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ John L. Medearis
CLERK OF COURT